U.S. POSTAGE ≫ PITNEY BOWES

$ 000.41⁶

ZIP 78701
02 1W
0001401603 JUN 16 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

PRESORTED
FIRST CLASS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RE: WR-80,867-01

TONY ALLEN WILBURN
TDC #1807746

Discharged RAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



UTF